**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP INC., | No. C06-00632 MJJ |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING ON APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| AMERICAN TELEVISION *et al.*, | |
| Defendants. | |

On February 10, 2006, Plaintiff Riverdeep Inc., filed an Application for a Temporary Restraining Order and Expedited Discovery (Doc. #4). The Court hereby orders Defendants American Television in China, International Television for Asia, International Law Firm of Michael R. Polin, Michael Polin, and Sander K. Johnson to file any Opposition by 5:00 p.m. on Tuesday, February 14, 2006. Additionally, the Court sets Plaintiff's Application for hearing on Wednesday, February 15, at 1:30 p.m., before Judge Jenkins in courtroom 11 on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA, 94102.

**IT IS SO ORDERED.**

Dated: February 13, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE