1  Irwin B. Schwartz (SBN 141140)
   John V. Komar (SBN 169662)
2  **PETRIE SCHWARTZ LLP**
   2033 Gateway Place, Suite 500
3  San Jose, California  95110
   Telephone: 408-947-9099
4  Facsimile:  408-947-9001

5  Attorneys for Plaintiff
   Riverdeep Inc., A Limited Liability Company
6

7              **UNITED STATES DISTRICT COURT**

8            **NORTHERN DISTRICT OF CALIFORNIA**

9  RIVERDEEP INC., A LIMITED            )  Case No. 06 CV 00632 (MJJ)
   LIABILITY COMPANY,                   )
10                                      )
                                        )
11         Plaintiff,                   )  Granted:
                                        )  **STIPULATED INJUNCTION AND ORDER**
12 vs.                                  )
                                        )
13 AMERICAN TELEVISION in CHINA, a      )
   California corporation;              )
14 INTERNATIONAL TELEVISION for         )
   ASIA, a California corporation;      )  Hon. Martin J. Jenkins
15 INTERNATIONAL LAW FIRM OF            )
   MICHAEL R. POLIN; MICHAEL R.         )
16 POLIN, in his individual capacity and )
   capacity as general counsel to the   )
17 corporate defendants; and  SANDER K. )
   JOHNSON, in his individual capacity, )
18                                      )
           Defendants.                  )
19

20

21         Plaintiff Riverdeep Inc., A Limited Liability Company ("Riverdeep") and defendants

22 American Television in China ("ATC"), International Television for Asia, International Law

23 Firm of Michael R. Polin, Michael R. Polin, and Sander K. Johnson (collectively

24 "Defendants"), by and through their counsel of record, stipulate as follows:

25
26 1.     Riverdeep filed the complaint in this action for, inter alia, copyright and trademark

27 infringement, and breach of contract, on January 30, 2006.

28

---

STIPULATED INJUNCTION                                        06 CV 00632 (MJJ)

2.     The complaint includes a claim that defendant ATC is in material breach of a contract to pay Riverdeep sums due under an International License and Distribution Agreement dated March 31, 2004 between Riverdeep and ATC (the "Agreement"), and that due to such uncured breach, the Agreement was terminated in May 2005 . The Agreement contains an arbitration clause and, pursuant to that clause, Riverdeep commenced an arbitration against ATC with the American Arbitration Association entitled Riverdeep Inc., A Ltd. Liab. Co. v. Am. Television in China, Matter No. 50-133-T-00046-06 (AAA San Francisco) (the "AAA Proceeding").

3.     Riverdeep filed an application for a temporary restraining order and expedited discovery on February 10, 2006, seeking an injunction in aid of arbitration with respect to the AAA proceeding, and seeking expedited discovery and to enjoin ATC and the other Defendants from infringing Riverdeep's copyrights and trademark.

4.     In exchange for Riverdeep taking the application off calendar without prejudice, (and staying the action pending AAA arbitration) Defendants are each enjoined from distributing in any manner, including but not limited to, selling, trading, giving away, bartering, marketing or advertising for sale any Riverdeep product or associated marketing materials, trademarks or brand names, including but not limited to any product covered by the Agreement. Defendants shall send all gold master disks in their possession for any Riverdeep product, including but not limited to any product covered by the Agreement, to Riverdeep's counsel, John V. Komar, no later than seven days from the date of this order and shall also disclose the names of any third parties to whom they provided gold master disks for Riverdeep products.  Defendants also shall obtain all gold master disks for any Riverdeep product they have provided to any third party, whether domestic or abroad, and deliver those gold master disks to Mr. Komar no later than March 2, 2006.  Mr. Komar shall

STIPULATED INJUNCTION                                                    06 CV 00632 (MJJ)

1  maintain possession of the disks at his firm pending modification of this injunction pending

2  arbitration.

3  5.        Defendants are further each enjoined from replicating, duplicating or in any way

4
5  copying all or portions of any Riverdeep product including but not limited to any product

6  covered by the Agreement.

7  6.        Defendants are further each enjoined from representing in any manner, to any

8  person or entity, that they are authorized to distribute any Riverdeep product or represent

9  Riverdeep and its brand names, including but not limited to any product or intellectual

10  property covered by the Agreement.
11

12  7.        Defendants are further each enjoined from using, in any manner whatsoever, any

13  trademark of any product covered by the Agreement or owned or licensed by Riverdeep.

14  8.        This proceeding is stayed pending resolution of the AAA Proceeding, except that the

15  court retains jurisdiction to enforce the terms of this Stipulated Injunction.

16  9.        This Stipulated Injunction may only be modified by order of the court or through an

17  Arbitration Order.
18

19  10.        Defendants are not waiving any procedural or substantive rights or interest in any

20  regards as to the court's jurisdiction over each and all of them nor any other rights now

21  known or unknown with regards to this case and any proceedings involving it.

22  Dated: February 16, 2006                        International Law Firm of Michael R. Polin

23

24

25                                                                        Michael R. Polin

26
                                                        Counsel for Defendants
27                                                        AMERICAN TELEVISION in CHINA;
                                                        INTERNATIONAL TELEVISION for ASIA;
28                                                        INTERNATIONAL LAW FIRM OF

**STIPULATED INJUNCTION**                                                        06 CV 00632 (MJJ)

- 3 -

MICHAEL R. POLIN; MICHAEL R. POLIN,

Dated: February 16, 2006                    PETRIE SCHWARTZ LLP

_____/s/_____
Irwin B. Schwartz
John V. Komar

Counsel for RIVERDEEP, INC., a Limited
Liability Company, a Delaware limited
liability company

Dated: February 16, 2006

_____
Sander Johnson

In Pro Per

SO ORDERED:

Dated: _____            _____
                                        United States District Judge

**STIPULATED INJUNCTION**                                    06 CV 00632 (MJJ)

FROM : AMERICANTELEVISIONCHINA      FAX NO. : 7604896989       Feb. 17 2006 06:53PM P4

MICHAEL R. POLIN; MICHAEL R. POLIN,

Dated: February 16, 2006

PETRIE SCHWARTZ LLP

Irwin B. Schwartz
John V. Komar

Counsel for RIVERDEEP, INC., a Limited
Liability Company, a Delaware limited
liability company

Dated: February 18, 2000

Sander Johnson

In Pro Per

SO ORDERED:

Dated: 2/22/2006

United States District Judge

STIPULATED INJUNCTION

- 4 -

06 CV 00632 (MJJ)